In the Matter of the Claim of Frank Syracuse, Appellant, against Upton Cold Storage Company and Another, Respondents. State Industrial Board, Respondent.— Decision unanimously affirmed. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

In the Matter of the Claim of Aniello Regine, Respondent, against Unexcelled Manufacturing Company, Inc., Appellant. State Industrial Board, Respondent.—Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

In the Matter of the Claim of James Dougherty, Respondent, against Decker Brothers and Another, Appellants. State Industrial Board, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

In the Matter of the Claim of Daniel B. Morrow, Respondent, against Tri-Boro Operating Company, Respondent, and The Fireman's Fund Indemnity Company, Appellant. State Industrial Board, Respondent.—Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

In the Matter of the Claim of Charles Knights, Respondent, against Albert Morris and Another, Appellants. State Industrial Board, Respondent.— Award reversed and claim remitted, with costs against the State Industrial Board, to make a schedule award as to one hand, on the ground that paragraph u of subdivision 3 of section 15 of the Workmen's Compensation Law is not retroactive and the claimant's case does not come within the provisions thereof. Hill, P. J., Rhodes, McNamee and Crapser, JJ., concur; Heffernan, J., dissents and votes to affirm.

In the Matter of the Claim of Rose Abbate, Respondent, against John De Mario and Another, Appellants. State Industrial Board, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

In the Matter of the Claim of Ellis W. Heath, Respondent, against Ralph L. Wilbur, Appellant. State Industrial Board, Respondent.—Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

In the Matter of the Claim of Otto Schultz, Respondent, against Taylor-Fichter Steel Construction Company, Appellant. State Industrial Board, Respondent.—Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

In the Matter of the Claim of Violet P. Stapleton, Respondent, against Keenan, Gifford and Lunn Apartment Company and Another, Appellants. State Industrial Board, Respondent.—Award affirmed, with costs to the State Industrial Board. Hill, P. J., Crapser and Heffernan, JJ., concur; Rhodes and McNamee, JJ., dissent on the ground that there was no competent evidence of insanity, and, therefore, no causal relation between the accident and the cause of death.